

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Sherman Mazur,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 13-62<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___February 19, 2013___, at ___3:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___20, 312 N. Spring St. LA, CA 90012___

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___2/13/13___      _____
U.S. District Judge/Magistrate Judge